No. D–2500. IN RE DISCIPLINE OF KIMMEL. Andrew M. Kimmel, of Cedar Knolls, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.·

No. D–2501. IN RE DISCIPLINE OF SHAFFER. Hal J. Shaffer, of Cherry Hill, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2502. IN RE DISCIPLINE OF NICHOLLS. Bruce Nicholls, of Gloucester, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2503. IN RE DISCIPLINE OF STRASSON. Shelley A. Strasson, of West Bloomfield, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2504. IN RE DISCIPLINE OF KROUNER. Leonard W. Krouner, of Albany, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2505. IN RE DISCIPLINE OF WICKENKAMP. Mary C. Wickenkamp, of Denison, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2506. IN RE DISCIPLINE OF CHAMBERS. William R. Chambers, of Scottsdale, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2507. IN RE DISCIPLINE OF HUTCHINSON. Paula B. Hutchinson, of Lincoln, Neb., is suspended from the practice of